BRIAN A. MORRIS (SBN 265972)
bmorris@cdjlawgroup.com
**CJD LAW GROUP, LLC**
6293 Dean Martin Road, Suite G
Las Vegas, NV 89118
Telephone: (702) 823-3500
Facsimile: (702) 823-3400

WILLIAM E. CROCKETT (SBN 129383)
wec@dkclaw.com
STEVEN R. SKIRVIN (SBN 179946)
srs@dkclaw.com
**DION-KINDEM & CROCKETT**
21271 Burbank Boulevard, Suite 100
Woodland Hills, CA 91367
Telephone: (818) 883-4400
Facsimile: (818) 676-0246

Attorneys for Defendants

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re: <br><br> NAMCO CAPITAL GROUP, INC., a California corporation, <br><br> Debtor. <br><br> ──────────────────────── <br> BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, <br><br> Plaintiff, <br><br> v. <br><br> SIMON SHAKIB, an individual; and NEVADA K. LLC, a Nevada limited liability company, <br><br> Defendants. | Case No.: 2:08-bk-32333-BR <br><br> Chapter 11 <br><br> Adv. Pro. No. 2:10-ap-03164-BR <br><br> **ANSWER TO COMPLAINT** |

1

Defendants, SIMON SHAKIB and NEVADA K. LLC, by and through their counsel of record, hereby admit, deny, aver and allege as follows:

## NATURE OF ACTION

1. Answering paragraph 1 of Plaintiff's Complaint, Defendants state that the paragraph speaks for itself, and therefore the Defendants deny the same.

## JURISDICTION AND CASE BACKGROUND

2. Answering paragraphs 2 of Plaintiff's Complaint, Defendants admit the allegations therein.

3. Answering paragraph 3 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

4. Answering paragraphs 4 and 5 of Plaintiff's Complaint, Defendants state that the paragraph speaks for itself, and therefore the Defendants deny the same.

## THE PARTIES

5. Answering paragraphs 6 of Plaintiff's Complaint, Defendants state that the paragraph speaks for itself, and therefore the Defendants deny the same.

6. Answering paragraph 7 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same; however inasmuch as Mr. Shakib is a resident of Nevada, Defendants admit the same.

7. Answering paragraph 8 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same; however inasmuch as Nevada K is a Nevada limited liability corporation, Defendants admit the same.

**GENERAL ALLEGATIONS**

8. Answering paragraph 9 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

9. Answering paragraph 10 of Plaintiff's Complaint, Defendants state that the paragraph speaks for itself, and are strictly legal conclusions not factual averments, and therefore the Defendants deny the same.

10. Answering paragraphs 11 and 12 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

**FIRST CLAIM FOR RELIEF**

**(for Money Lent Against Simon Shakib)**

11. Answering paragraph 13 of Plaintiff's Complaint, Defendants incorporate their answers to paragraphs 1 through 12 as though fully set forth herein.

12. Answering paragraphs 14 and 15 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

**SECOND CLAIM FOR RELIEF**

**(for Open Book Account Against Simon Shakib)**

13. Answering paragraph 16 of Plaintiff's Complaint, Defendants incorporate their answers to paragraphs 1 through 15 as though fully set forth herein.

14. Answering paragraphs 17 and 18 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

. . .

### THIRD CLAIM FOR RELIEF

**(Avoidance of Fraudulent Transfer, Actual Intent Against Simon Shakib)**

15. Answering paragraph 19 of Plaintiff's Complaint, Defendants incorporate their answers to paragraphs 1 through 18 as though fully set forth herein.

16. Answering paragraphs 20 and 21 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

### FOURTH CLAIM FOR RELIEF

**(Avoidance of Fraudulent Transfer, Constructive Intent Against Simon Shakib)**

17. Answering paragraph 22 of Plaintiff's Complaint, Defendants incorporate their answers to paragraphs 1 through 21 as though fully set forth herein.

18. Answering paragraphs 23 and 24 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

### FIFTH CLAIM FOR RELIEF

**(Avoidance of Fraudulent Transfer, Constructive Intent Against Simon Shakib)**

19. Answering paragraph 25 of Plaintiff's Complaint, Defendants incorporate their answers to paragraphs 1 through 24 as though fully set forth herein.

20. Answering paragraphs 26 and 27 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

### SIXTH CLAIM FOR RELIEF

**(Avoidance of Fraudulent Transfer, Constructive Intent Against Simon Shakib)**

21. Answering paragraph 28 of Plaintiff's Complaint, Defendants incorporate their answers to paragraphs 1 through 27 as though fully set forth herein.

DION-KINDEM & CROCKETT
21271 Burbank Boulevard, Suite 100
Woodland Hills, CA 91367
(818) 883-4400  Fax: (818) 676-0246

22. Answering paragraphs 28 and 29 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

### SEVENTH CLAIM FOR RELIEF
### (for Money Lent Against Nevada K)

23. Answering paragraph 31 of Plaintiff's Complaint, Defendants incorporate their answers to paragraphs 1 through 30 as though fully set forth herein.

24. Answering paragraphs 32 and 33 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

### EIGHTH CLAIM FOR RELIEF
### (for Open Book Account Against Nevada K)

25. Answering paragraph 34 of Plaintiff's Complaint, Defendants incorporate their answers to paragraphs 1 through 33 as though fully set forth herein.

26. Answering paragraphs 35 and 36 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

### NINTH CLAIM FOR RELIEF
### (Avoidance of Fraudulent Transfer, Actual Intent Against Nevada K)

27. Answering paragraph 37 of Plaintiff's Complaint, Defendants incorporate their answers to paragraphs 1 through 36 as though fully set forth herein.

28. Answering paragraphs 38 and 39 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

## TENTH CLAIM FOR RELIEF

**(Avoidance of Fraudulent Transfer, Constructive Intent Against Nevada K)**

29. Answering paragraph 40 of Plaintiff's Complaint, Defendants incorporate their answers to paragraphs 1 through 39 as though fully set forth herein.

30. Answering paragraphs 41 and 42 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

## ELEVENTH CLAIM FOR RELIEF

**(Avoidance of Fraudulent Transfer, Constructive Intent Against Nevada K)**

31. Answering paragraph 43 of Plaintiff's Complaint, Defendants incorporate their answers to paragraphs 1 through 42 as though fully set forth herein.

32. Answering paragraphs 44 and 45 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

## TWELFTH CLAIM FOR RELIEF

**(Avoidance of Fraudulent Transfer, Constructive Intent Against Nevada K)**

33. Answering paragraph 46 of Plaintiff's Complaint, Defendants incorporate their answers to paragraphs 1 through 45 as though fully set forth herein.

34. Answering paragraphs 47 and 48 of Plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and therefore deny the same.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Cause of Action)**

The Complaint, and each and every alleged cause of action contained therein, fails to state a cause of action.

## SECOND AFFIRMATIVE DEFENSE

### (Insufficient Facts)

The Complaint does not state facts sufficient to constitute a claim for relief.

## THIRD AFFIRMATIVE DEFENSE

### (Pleading is Uncertain)

The Complaint is uncertain; defining uncertain as ambiguous and unintelligible.

## FOURTH AFFIRMATIVE DEFENSE

### (Unstated Affirmative Defenses)

Defendants allege that at this time they have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, affirmative defenses available. Defendants therefore reserve herein the right to assert additional affirmative defenses in the event that discovery indicates that they would be appropriate. To the extent applicable Defendants incorporate by reference all affirmative defenses contained in FRCP 8(c) and reserve the right to amend these pleadings to specifically assert such affirmative defenses in the event discovery indicates that such would be appropriate.

WHEREFORE, Defendants prays for Judgment against the Plaintiff as follows:

1. That Plaintiff's Complaint be dismissed, and Plaintiff take nothing thereby;

2. That Defendant be awarded costs of suit and costs of defense, including reasonable attorneys' fees in defending against Plaintiff's Complaint; and

3. For such other and further relief as the Court deems proper.

DATED this  18th  day of January, 2011.

         CJD LAW GROUP, LLC

         By:  /s/ Brian A. Morris
            BRIAN A. MORRIS
            Attorneys for Defendant